IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOU HER,

        Plaintiff,                    No. CIV S-10-3108 DAD P

    vs.

LANCE McDANIEL, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, an inmate at the Sacramento County Mail Jail and proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 on November 18, 2010. Plaintiff also filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. By an order filed December 7, 2010, plaintiff was ordered to file a certified copy of his inmate trust account statement, his complaint was dismissed and he was granted leave to file an amended complaint within thirty days from the service of the order, and he was cautioned that failure to do so would result in a recommendation that this action be dismissed. Although plaintiff filed his amended complaint on January 3, 2011, plaintiff has failed to provide a certified copy of his trust account statement as ordered by the court. Nonetheless, the court will provide plaintiff with a final opportunity to comply with the court's order.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff shall complete the
2  attached Notice of Submission of Document and submit it to the court, within thirty days from
3  the date of this order, with a certified copy of plaintiff's prison trust account statement for the
4  six-month period immediately preceding the filing of the complaint in this action.  Plaintiff is
5  cautioned that failure to comply with this order will result in a recommendation that this action
6  be dismissed without prejudice.
7  DATED: November 17, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

11  DAD:4
    her3108.3c

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOU HER,

        Plaintiff,                No. CIV S-10-3108 DAD P

    vs.

LANCE McDANIEL, et al.,        NOTICE OF SUBMISSION

        Defendants.             OF DOCUMENT

_____/

        Plaintiff hereby submits the following document in compliance with the court's order filed _____:

        ____ certified trust account statement for the six-month period preceding the filing of this action.

DATED: _____.

                                                        _____
                                                        Plaintiff