IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOU HER,

        Plaintiff,                     No. CIV S-10-3108 DAD P

    vs.

LAUNCE McDANIEL, et al.,

        Defendants.            ORDER

/

        Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 and has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). See Doc. No. 7. A court order, filed on November 18, 2011, was served on plaintiff at his address of record and was returned to the court as undeliverable due to plaintiff's release from custody. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned as undeliverable. Nonetheless, plaintiff has failed to notify the Court of a current address.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2  prejudice for failure to prosecute.  <u>See</u> Local Rule 183(b).
3  DATED: February 13, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:4
   her3108.33