1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NOU HER,

11          Plaintiff,                      No. CIV S-10-3108 DAD P

12      vs.

13   LAUNCE McDANIEL, et al.,

14          Defendants.                     ORDER

15   _____/

16          Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 and has

17   consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c).  See Doc. No. 7.  A

18   court order, filed on November 18, 2011, was served on plaintiff at his address of record and was

19   returned to the court as undeliverable due to plaintiff's release from custody.  It appears that

20   plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in

21   propria persona inform the court of any address change.  More than sixty-three days have passed

22   since the court order was returned as undeliverable.  Nonetheless, plaintiff has failed to notify the

23   Court of a current address.

24   /////

25   /////

26   /////

1

1    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

2  prejudice for failure to prosecute.  See Local Rule 183(b).

3  DATED: February 13, 2012.

4

5    _____

6    DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

7  DAD:4
   her3108.33

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26